JANET HUGIE SMITH (A3001)
PAUL C. BURKE (A7826)
RAY, QUINNEY & NEBEKER
79 South Main Street
P.O. Box 45385
Salt Lake City, Utah 84145-0385
 Telephone: (801) 532-1500

*Attorneys for Defendant Okland Construction Co.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

---oooOooo---

| | |
|---|---|
| SHAWN PETERSON and WILLIAM WILSON, | **JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER** |
| Plaintiffs, | |
| v. | Case No. 2:00CV-0252C |
| OKLAND CONSTRUCTION CO., INC., and DOES 1 THROUGH 10, | Judge: Tena Campbell |
| Defendants. | |

---oooOooo---

The parties jointly move to amend the Scheduling Order as follows:

- Discovery cutoff: November 15, 2002.

- Dispositive motion cutoff: December 20, 2002.

- Rule 26(a)(2) reports from Plaintiff's retained experts: August 15, 2002.

- Rule 26(a)(2) reports from Defendant's retained experts: September 20, 2002.



An order consistent with these stipulations is submitted for the Court's review and execution.

DATED this __15th__ day of July, 2002.

| RAY, QUINNEY & NEBEKER | ALVIN R. LUNDGREN, L.C. |
|---|---|
| _____ | _____ |
| Janet Hugie Smith<br>Paul C. Burke | Alvin R. Lundgren |
| *Attorneys for Defendant Okland Construction* | *Attorney for Plaintiffs Shawn Peterson and William Wilson* |

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION AND MOTION TO AMEND SCHEDULING ORDER** was mailed, postage prepaid, on this __15th__ day of July, 2002 to the following:

Alvin R. Lundgren, Esq.
Alvin R. Lundgren, L.C.
5015 West Old Highway 30, Suite 200
Mountain Green, Utah 84050

_____/s/ Jay Wardle_____

660338