**ALVIN R. LUNDGREN (#5605)**
**ALVIN R. LUNDGREN, L.C.**
**5015 W. OLD HWY 30 STE. 200**
**MT. GREEN, UT 84050**
**TEL. (801) 876-4422**
**FAX. (801) 876-4411**
**ATTORNEY FOR PLAINTIFFS**

FILED
CLERK'S DISTRICT COURT

16 OCT 02 PM 3:33

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## SALT LAKE DIVISION, STATE OF UTAH

| | |
|---|---|
| **SHAWN PETERSON and WILLIAM WILSON** *Plaintiffs* v. **OKLAND CONSTRUCTION CO., INC.** *Defendants* | *JOINT MOTION TO DISMISS* Case No. 2:00 CV-0252C Judge T. Campbell Magistrate Judge Boyce |

Plaintiffs and Defendant move this Court to dismiss the above captioned matter based on a written settlement between the parties which resolves the issues before this Court. The parties jointly request this Court to enter an Order dismissing this case with prejudice and removing it from the Court's calendar.

Counsel For Plaintiffs
_____  10/11/02
Alvin R. Lundgren         Date

Counsel for Defendant
_____  10/14/02
Janet Hugie Smith         Date

34